**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7338**

WRITER'S EMAIL ADDRESS
**andrewcorkhill@quinnemanuel.com**

April 19, 2018

**VIA ECF AND FAX**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Anthem, Inc. v. Express Scripts, Inc.*, No. 18-mc-00013 (S.D.N.Y.)
      (Underlying Litigation:  No. 1:16-cv-02048-ER)

Dear Judge Hellerstein:

    We write on behalf of Express Scripts, Inc. ("ESI") regarding ESI's pending Motion to Compel the production of documents from Cigna Health and Life Insurance Company ("Cigna") (the "Motion").  Dkt. No. 1.  In light of your endorsement on ESI's April 17, 2018 letter, Dkt. 42, Cigna and ESI have had further discussions and have resolved their outstanding issues. Cigna and ESI have now reached a final, complete agreement to resolve the Motion. Accordingly, ESI respectfully requests that the Court dismiss ESI's Motion without prejudice and remove the oral argument, currently scheduled for 2:30 PM Thursday, April 19, 2018, from the Court's calendar.  The parties are willing and prepared to file any additional notices should the Court so require.

    The parties appreciate the Court's time and consideration during this process.

Respectfully submitted,

*/s/ Andrew Corkhill*

Andrew Corkhill

CC:  All counsel of record (by ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART